**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Thomas Wayne Florence v. The State of Texas

Appellate case number:     01-20-00556-CR

Trial court case number:    10-CR-1217

Trial court:                         56th District Court of Galveston County

Appellant, Thomas Wayne Florence, has filed a motion for access to the supplemental clerk's record filed on January 4, 2021. Appellant further states that he is not able to access an electronic copy of the supplemental clerk's record and requests to be provided with a paper copy of the supplemental clerk's record. The motion is **granted**.

We direct the Clerk of this Court to deliver to appellant, at the most recent address he has provided, a paper copy of the supplemental clerk's record filed with this Court on January 4, 2021.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
            ☑ Acting individually     ☐ Acting for the Court

Date: ___January 21, 2021_____